IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DSI RENAL HOLDINGS LLC, | ) | Case No. 11-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

DEBTOR'S STATEMENT OF
CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1)
AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above captioned debtor (the "Debtor") states that the following is a list of all corporations, other than governmental units, that directly or indirectly own 10% or more of any class of interests in the Debtor:

| Name and Address | Approximate Percentage of Interests Held |
|---|---|
| Centre Bregal Partners, L.P.<br>c/o Centre Partners Management, LLC<br>30 Rockefeller Plaza, 50th Floor<br>New York, New York 10020 | 40% |
| The Northwestern Mutual Life Insurance Company<br>720 East Wisconsin Avenue<br>Milwaukee, Wisconsin 53202 | 15% |
| PPM America Private Equity Fund II LP<br>225 West Wacker Drive, Suite 1200<br>Chicago, Illinois 60606 | 12% |

## DECLARATION CONCERNING DEBTOR'S STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1), 1007(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Jay Yalowitz, Executive Vice President and Secretary of DSI Renal Holdings LLC, a Delaware limited liability company and the debtor in this chapter 7 case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Debtor's Statement of Corporate Ownership Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure* submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated:  June 3, 2011

_____
Jay A. Yalowitz
Executive Vice President and Secretary
DSI Renal Holdings LLC