IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| DSI RENAL HOLDINGS, LLC, *et al.*, ) | Case No. 11-11722 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ALFRED T. GUILIANO, as Chapter 7 Trustee ) | |
| (IN OFFICIAL LIQUIDATION), *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Proc. No. 14-50356 (KG) |
| ) | |
| MICHAEL SCHNABEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court (by Judge Kevin Gross) will hold an in-court status conference in your case on June 7, 2019, beginning at 10:00 a.m., in Courtroom No. 1. All parties are directed to attend. If the case involves adversary proceedings, the Debtor or the Trustee shall promptly send a copy of the Order to opposing counsel.

SO ORDERED.

Dated: May 15, 2019

_____
KEVIN GROSS, U.S.B.J.