# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DSI Renal Holdings LLC, *et al.*[1] | ) | Case No. 11-11722 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| ALFRED T. GIULIANO, as Chapter 7 Trustee for the Jointly Administered Chapter 7 Estates of Debtors DSI Renal Holdings LLC, DSI Hospitals, Inc. and DS Facility Development, LLC, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Adv. Pro. No. 14-50356 (KBO) |
| v. | ) ) | |
| MICHAEL SCHNABEL, et al., | ) ) | |
| Defendants. | ) | |

## STATUS REPORT

Alfred T. Giuliano (the "Trustee"), Chapter 7 Trustee for the jointly administered estates of DSI Renal Holdings, LLC, *et al.* ("DSI"), hereby files this status report (the "Report") in accordance with the Scheduling Order entered by this Court on October 18, 2017.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's federal EIN are DSI Renal Holdings LLC (4512); DSI Facility Development LLC (4298); and DSI Hospitals, Inc. (2787).

As of the date of this Report, all discovery has been completed, and briefing is complete with respect to the nine summary judgment motions filed by the Defendants.

Respectfully submitted,

By:     */s/ Seth A. Niederman*
FOX ROTHSCHILD LLP
Seth A. Niederman (DE Bar No. 4588)
Austin C. Endersby (DE Bar No. 5161)
919 North Market Street, Suite 300
Wilmington, DE  19801-2323
Tel. (302) 654-7444

-and-

KAUFMAN, COREN & RESS, P.C.
Steven M. Coren (admitted *pro hac vice*)
Benjamin M. Mather (admitted *pro hac vice*)
Andrew J. Belli (admitted *pro hac vice*)
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA  19103
Tel. (215) 735-8700

Dated: July 9, 2019