# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| DSI Renal Holdings LLC, *et al.*,[1] ) | Case No. 11-11722 (KBO) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |
| ALFRED T. GIULIANO, as Chapter 7 Trustee for ) | |
| the Jointly Administered Chapter 7 Estates of ) | |
| Debtors DSI Renal Holdings LLC, DSI Hospitals, ) | |
| Inc. and DSI Facility Development, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Pro. No. 14-50356 (KBO) |
| v. ) | |
| ) | |
| MICHAEL SCHNABEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR ORAL ARGUMENT ON SEPTEMBER 13, 2019 AT 1:00 P.M. [2]

## ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT

1. The Northwestern Mutual Life Insurance Company's Motion for Summary Judgment of Certain of Plaintiff's Fraudulent Transfer Claims Pursuant to U.S.C. § 546(e) [A.D.I. 174; Filed on April 30, 2019]

   Related Documents:

   A. Memorandum of Law in Support of The Northwestern Mutual Life Insurance Company's Motion for Summary Judgment of Certain of Plaintiff's Fraudulent Transfer Claims Pursuant to

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's federal EIN are DSI Renal Holdings LLC (4512); DSI Facility Development LLC (4298); and DSI Hospitals, Inc. (2787).

[2] This hearing will be held before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor Courtroom 1, Wilmington, DE 19801. Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878 or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing. When making a request, parties must provide the case name and number, name of Judge, hearing date and time, name, address, phone number of participant, party whom participant represents, and matter on which participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode. See, http://www.deb.uscourts.gov/Chambers/telephonic_procedures.pdf).

Agenda for Hearing on September 13, 2019 at 1:00 p.m.
The Honorable Karen B. Owens
Page 2

        U.S.C. § 546(e) [A.D.I. 175; Filed on April 30, 2019]

    B.    Declaration of Todd C. Kuzminski [A.D.I. 176; Filed on April 30, 2019]

Responses Filed:

    C.    Trustee's Memorandum in Opposition to Defendants' Motions for Summary Judgment [A.D.I. 205; Filed on May 30, 2019]

    D.    Declaration in Support of Steven M. Coren [A.D.I. 206; Filed on May 30, 2019]

    E.    [SEALED] Exhibit 67 related to Declaration in Support of Steven M. Coren [A.D.I. 207; Filed on May 30, 2019]

    F.    Exhibit 92 related to Declaration in Support of Steven M. Coren [A.D.I. 208; Filed on May 30, 2019]

Replies Filed:

    G.    Reply in Support of The Northwestern Mutual Life Insurance Company's Motion for Summary Judgment on Certain of Plaintiff's Fraudulent Transfer Claims Pursuant to 11 U.S.C. Sec. 546(e) [A.D.I. 214; Filed on June 14, 2019]

Status:    This matter will go forward.

2. Motion of Defendants Apollo Investment Corporation, Ares Capital Corporation, and Northwestern Mutual Life Insurance Company for Summary Judgment Excluding Debt Repayments from Plaintiff's Potential Recovery [A.D.I. 184; Filed on April 30, 2019]

Related Documents:

    A.    Brief in Support of Motion for Partial Summary Judgment Excluding Debt Repayments from Plaintiff's Potential Recovery [A.D.I. 195; Filed on April 30, 2019]

Agenda for Hearing on September 13, 2019 at 1:00 p.m.
The Honorable Karen B. Owens
Page 2

        B.    Declaration *of Alexandra J. Paslawsky* [A.D.I. 196; Filed on April 30, 2019]

Responses Filed:

        C.    Trustee's Memorandum in Opposition to Defendants' Motions for Summary Judgment [A.D.I. 205; Filed on May 30, 2019] ***See Tab 1. C.***

        D.    Declaration in Support of Steven M. Coren [A.D.I. 206; Filed on May 30, 2019] ***See Tab 1. D.***

        E.    [SEALED] Exhibit 67 related to Declaration in Support of Steven M. Coren [A.D.I. 207; Filed on May 30, 2019] ***See Tab 1. E.***

        F.    Exhibit 92 related to Declaration in Support of Steven M. Coren [A.D.I. 208; Filed on May 30, 2019] ***See Tab 1. F.***

Replies Filed:

        G.    Reply Memorandum of Law in Further Support of Motion for Partial Summary Judgment Excluding Debt Repayments from Plaintiff's Potential Recovery [A.D.I. 211; Filed on June 14, 2019]

Status:    This matter will go forward.

3. Defendants' Motion For Partial Summary Judgment Limiting Any Recoveries To The Amount Necessary To Satisfy Allowed Creditor Claims [A.D.I. 188; Filed on April 30, 2019]

        A.    Memorandum of Law In Support Of Defendants' Motion For Partial Summary Judgment Limiting Any Recoveries To The Amount Necessary To Satisfy Allowed Creditor Claims [A.D.I. 189; Filed on April 30, 2019]

        B.    Declaration *of Alexandra J. Paslawsky* [A.D.I. 196; Filed on April 30, 2019] ***See Tab 2. B.***

Agenda for Hearing on September 13, 2019 at 1:00 p.m.
The Honorable Karen B. Owens
Page 2

    Responses Filed:

        C.    Trustee's Memorandum in Opposition to Defendants' Motions for Summary Judgment [A.D.I. 205; Filed on May 30, 2019] *See Tab 1. C.*

        D.    Declaration in Support of Steven M. Coren [A.D.I. 206; Filed on May 30, 2019] *See Tab 1. D.*

        E.    [SEALED] Exhibit 67 related to Declaration in Support of Steven M. Coren [A.D.I. 207; Filed on May 30, 2019] *See Tab 1. E.*

        F.    Exhibit 92 related to Declaration in Support of Steven M. Coren [A.D.I. 208; Filed on May 30, 2019] *See Tab 1. F.*

    Replies Filed:

        G.    Reply Memorandum of Law in Further Support of Defendants' Motion for Partial Summary Judgment Limiting Any Recoveries to the Amount Necessary to Satisfy Allowed Creditor Claims [A.D.I. 217; Filed on June 14, 2019]

    Status:    This matter will go forward.

4. Defendants' Motion For Partial Summary Judgment Excluding Proceeds Of Non-Debtor Property From Plaintiff's Potential Recovery [A.D.I. 191; Filed on April 30, 2019]

        A.    Memorandum of Law In Support Of Defendants' Motion For Partial Summary Judgment Excluding Proceeds Of Non-Debtor Property From Plaintiff's Potential Recovery [A.D.I. 193; Filed on April 30, 2019]

        B.    Declaration *of Alexandra J. Paslawsky* [A.D.I. 196; Filed on April 30, 2019] *See Tab 2. B.*

    Responses Filed:

        C.    Trustee's Memorandum in Opposition to Defendants' Motions for Summary Judgment [A.D.I. 205; Filed on May 30, 2019] *See Tab 1. C.*

Agenda for Hearing on September 13, 2019 at 1:00 p.m.
The Honorable Karen B. Owens
Page 2

|  | D. | Declaration in Support of Steven M. Coren [A.D.I. 206; Filed on May 30, 2019] **See Tab 1. D.** |
|---|---|---|
|  | E. | [SEALED] Exhibit 67 related to Declaration in Support of Steven M. Coren [A.D.I. 207; Filed on May 30, 2019] **See Tab 1. E.** |
|  | F. | Exhibit 92 related to Declaration in Support of Steven M. Coren [A.D.I. 208; Filed on May 30, 2019] **See Tab 1. F.** |
| Replies Filed: | | |
|  | F. | Reply Memorandum of Law in Further Support of Defendants' Motion for Partial Summary Judgment Excluding Proceeds of Non-Debtor Property From Plaintiff's Potential Recovery [A.D.I. 216; Filed on June 14, 2019] |
| Status: | | This matter will go forward. |

Respectfully submitted,

FOX ROTHSCHILD LLP

By: _/s/ Seth A. Niederman_
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19801-2323
(302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz
2000 Market Street, Twentieth Floor
Philadelphia, PA  19103-3222
(215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com

Attorneys for Alfred T. Giuliano, Chapter 7 Trustee
for the estate of DSI Renal Holdings, LLC, *et al.*

Dated: September 11, 2019