# Appendix B

# Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DSI RENAL HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 11-11722 (KBO)<br><br>Jointly Administered |

### ORDER GRANTING HEALTHCLAIM RECOVERY LLC'S OBJECTION TO PROOF OF CLAIM NO. 15-1 FILED BY MPT OF BUCKS COUNTY, L.P.

Upon the Objection to Proof of Claim 15-1 filed against debtor DSI Renal Holdings LLC by MPT of Bucks County, L.P. (the "Objection"), requesting an order in accordance with 11 U.S.C. § 502 and Federal Rule of Bankruptcy Procedure 3007 disallowing the claim as described therein; and upon all other documentation filed in connection with the Objection and the claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Objection is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Objection is **SUSTAINED** with respect to Claim No. 15-1.  Claim No. 15-1 is hereby disallowed with prejudice.

2. The Clerk of this Court is authorized to update the claims register for this case and take all other actions necessary and appropriate to give effect to this order.

3. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

2

Dated: _____
       Wilmington, Delaware

_____
THE HONORABLE KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE