# Exhibit "A"

**ORIGINAL**

Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501    Fax (323) 937-4503

Attorney For Creditors Brian Newberry & Danny Klein

ENTERED SEP 1 - 2006
LODGED AUG 2 4 2006
FILED SEP - 1 2006

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re

INTEGRATED KNOWLEDGE MARKETING, INC., dba IKM

Debtor.

Case No. LA 2:05-bk-35241-AA

Chapter 7

[~~PROPOSED~~] ORDER ALLOWING PORTIONS OF KIRK LANGER'S CLAIM IN THE AMOUNT OF $115,081.90 AND DISALLOWING PORTIONS OF KIRK LANGER'S CLAIM IN THE AMOUNT OF $26,500,000.00

[*Notice of Entry of Judgment or Order And Certificate of Mailing* attached on last page]

Date: August 23, 2006
Time: 10:30 a.m.
Place: Courtroom 1375
Roybal Courthouse
255 East Temple Street
Los Angeles, CA 90012

On May 15, 2006, Kirk Langer filed *Proof of Claim* (# 27 in the Court's Claims Docket) in the amount of $25,630,878.00.

On August 16, 2006, Kirk Langer filed his *Amended Proof of Claim* (# 49 in the Court's Claims Docket) in the amount of $25,626,215.00 and it contained three subdivisions:

1. <u>Value of Unpaid Credit Card Debt from Loans to IKM Vendors</u>: $21,063.93

C:\WP51\DOCS\IKM\KL-POC-OBJ-2-ORDER.wpd
8/23-5:18pm

1  ("Component "A")

2     a.   Three Credit Card Loans: $7,023.58 + $8,818.85 + $2,429.97 = $18,272.40

3     b.   Accrued Interest: $1,152.86 + $1,284.71 + $353.96 = $2,791.53

4                               Total:      $21,063.93

5  2.   Value of Unpaid Salary and Automobile Stipend per Employment Agreement:

6  $105,151.10 ("Component "B")

7     a.   (2002) $21,692.24 + (2003) $55,115.29 + (2004) $20,001.97 = $96,809.50

8     b.   Accrued Interest: $2,667.90 + $4,351.80 + $1,321.90 = $8,341.60

9                               Total:      $105,151.10

10 3.   Value of 10% Shareholder Equity per Shareholder Agreement: $26,500,000.00

11 ("Component "C").

12 The Court having considered *Creditors Brian Newberry's & Danny Klein's Objection to Filed Proof of Claim of Kirk Langer* (the "*Objection*") at the above-referenced date time and place.

15 Appearing at the hearing on behalf of Creditors Brian Newberry & Danny Klein was Baruch C. Cohen, Esq. Appearing on behalf of Kirk Langer was Susan Montgomery, Esq. Appearing on behalf of the Chapter 7 Trustee was Howard Ehrenberg, Esq.

18 Based on the *Proof of Claim* (#27) and *Amended Proof of Claim* (#49), the pleadings, the case file, and the oral arguments made at the hearing, and good cause appearing,

20 IT IS HEREBY ORDERED ADJUDGED AND DECREED that this Court allows Kirk Langer's *Proof of Claim* (# 49 in the Court's Claims Docket) - Component A, without interest, in the amount of $18,272.40 (based on the value of unpaid credit card debt from loans to IKM Vendors).

24 IT IS HEREBY ORDERED ADJUDGED AND DECREED that this Court allows Kirk Langer's *Proof of Claim* (# 49 in the Court's Claims Docket) - Component B, without interest, in the amount of $96,809.50 (based on the value of unpaid salary and automobile stipend per employment agreement).

28 The total allowed claim for Components A & B is $115,081.90.

1  IT IS HEREBY ORDERED ADJUDGED AND DECREED that this Court disallows
2  Kirk Langer's *Proof of Claim* (# 49 in the Court's Claims Docket) - Component C, in its
3  entirety, in the amount of $26,500,000.00 (based on Mr. Langer's claim that he is a shareholder
4  of IKM).

5  IT IS HEREBY ORDERED ADJUDGED AND DECREED that this Court disallows
6  Kirk Langer's *Proof of Claim* (# 27 in the Court's Claims Docket), in the amount of
7  $25,630,878.00, in its entirety, as it is a duplicate claim and has been amended by Kirk
8  Langer's *Proof of Claim* # 49.

10  DATED: Sept. 1, 2006

THE HONORABLE ALAN AHART
UNITED STATES BANKRUPTCY COURT

Respectfully submitted by

DATED: August 23, 2006

LAW OFFICE OF BARUCH C. COHEN, APLC

By _____
Baruch C. Cohen, Esq.
*Attorney For Attorney For Creditors Brian Newberry & Danny Klein*

C:\WP51\DOCS\IKM\KL-POC-OBJ-2-ORDER.wpd
8/23-5:18pm

3

## PROOF OF SERVICE

I, Baruch C. Cohen, declare as follows:

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, State of California, over the age of 18 years and not a party to this action or proceeding. My business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

Upon this day, I served the within [PROPOSED] ORDER ALLOWING PORTIONS OF KIRK LANGER'S CLAIM IN THE AMOUNT OF $115,081.90 AND DISALLOWING PORTIONS OF KIRK LANGER'S CLAIM IN THE AMOUNT OF $26,500,000.00 on all interested parties in this action through their attorneys of record by placing a true and correct copy thereof, addressed as per the attached service list.

__X__ VIA FIRST CLASS MAIL [C.C.P. §§ 1012a, et seq., & Local Bankruptcy Rule 7004-1(2)(b)]. I deposited said document(s) into the United States mail at Los Angeles, California, in a sealed envelope with postage fully prepaid. My practice is to collect and process mail on the same day as shown on this declaration. Under that practice, all correspondence is deposited with the US Postal Service on the same day that it is placed for collection and processing, in the ordinary course of business.

____ VIA HAND DELIVERY/PERSONAL SERVICE (C.C.P. §§ 1001, et seq., & Local Bankruptcy Rule 7004-1(2)(c)]. I directed a courier to personally deliver said document(s) to each addressee.

____ VIA FEDERAL EXPRESS/OVERNIGHT/NEXT BUSINESS DAY DELIVERY SERVICE (C.C.P. §§ 1011, 1012, & Local Bankruptcy Rule 7004-1(2)(d)]. I enveloped, properly labeled, and caused to be deposited into a Federal Express pick-up receptacle as per the regular practice of my office.

__X__ VIA FACSIMILE (C.C.P. §§ 1012.5, & Local Bankruptcy Rule 7004-1(2)(e)]. I caused the said document(s) to be transmitted by facsimile machine to the number indicated after the address(es) noted herein. I received written confirmation that the facsimile transmission was received by the addressee.

I declare that I am a member of the State Bar of this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on August 23, 2006.

By _/s/ Baruch Cohen_
Baruch C. Cohen

C:\WP51\DOCS\KM\KL-POC-OBJ-2-ORDER.wpd
8/23-5:18pm

4

## SERVICE LIST

**OUST**
Office of the United States Trustee
725 South Figueroa Street, Suite 2600
Los Angeles, CA 90017-5418

**CHAPTER 7 TRUSTEE & HER COUNSEL**
Elissa Miller, Esq. & Howard Ehrenberg, Esq.
SulmeyerKupetz
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071-1406

Via Facsimile Transmission: 213/629-4520

**COUNSEL FOR KIRK LANGER**
Susan I. Mongtomery, Esq.
10390 Santa Monica Blvd 4FL
Los Angeles, CA 90025

Via Facsimile Transmission: 310/556-8905

e 2:05-bk-35241-EC    Doc 90    Filed 09/01/06    Entered 09/01/06 10:12:07    Desc
Main Document    Page 6 of 7

NOTE TO USERS OF THIS FORM:
Physically attach this form as the last page of the proposed Order or Judgment.
Do **not** file this form as a separate document.

*Integrated Knowledge Marketing, Inc., USBC CDCA Ch. 7 # 2:05-bk-35241-AA*

NOTICE OF ENTRY OF JUDGMENT OR ORDER AND CERTIFICATE OF MAILING
C:\WP51\DOCS\IKM\KL-POC-OBJ-2-ORDER.wpd

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify)*:

   [PROPOSED] ORDER ALLOWING PORTIONS OF KIRK LANGER'S CLAIM IN THE AMOUNT OF $115,081.90 AND DISALLOWING PORTIONS OF KIRK LANGER'S CLAIM IN THE AMOUNT OF $26,500,000.00

   was entered on *(specify date)*: 9.1.06

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

Dated: 9.1.06

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

6