IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DSI RENAL HOLDINGS, LLC, *et al.*,[1] | : | Case No. 11-11722 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Objection Deadline: TBD** |
| | : | **Hearing Date: TBD** |

## SECOND DECLARATION OF STAN CHIUEH

1.  I am an attorney with Friedman Kaplan Seiler & Adelman LLP, and counsel for Objector Healthclaim Recovery LLC ("Healthclaim"). I submit this Declaration in support of Healthclaim's Objection to Proof of Claim 16-3 (the "Objection") filed by Eva M. Lemeh, Chapter 7 Trustee for the estate of Bucks County Oncoplastic Institute, LLC ("Bucks County").

2.  The Objection incorporates by reference Healthclaim's November 27, 2019 Objection to Ms. Lemeh's first amended proof of claim 16-2 (Dkt. No. 146) and the supporting Declaration of Stan Chiueh and the exhibits annexed thereto (Dkt. No. 147). Attached to this Second Declaration are true and correct copies of the following additional documents cited in the accompanying Objection:

| Exhibit | Date | Description | Docket No. |
|---|---|---|---|
| 1 | 2/12/2020 | Motion to Extend Bar Date filed by Eva Lemeh in Bucks County's chapter 7 bankruptcy case, captioned *In re Bucks County Oncoplastic Institute, LLC*, Case No. 09-bk-03570 (Bankr. M.D. Tenn.) (the "Bucks County Bankruptcy") | Bucks County Bankruptcy Dkt. No. 225 |

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's federal EIN are DSI Renal Holdings LLC (4512); DSI Facility Development LLC (4298); and DSI Hospitals, Inc. (2787).

2

| 2 | 3/30/2009 | Summary of Schedules filed in the Bucks County Bankruptcy | Bucks County Bankruptcy Dkt. No. 3 |

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 19, 2020
New York, New York

*/s/ Stan Chiueh*_____
Stan Chiueh, *admitted pro hac vice*
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, New York 10036-6516
(212) 833-1148
schiueh@fklaw.com

*Counsel for Healthclaim Recovery LLC*