**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DSI Renal Holdings LLC, *et al.*,[1] | ) | Case No. 11-11722 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

***AMENDED* NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 25, 2020 AT 10:00 A.M. IN COURTROOM NO. 3 [2]**

**CONTESTED MATTERS GOING FORWARD**

1. Objection of Healthclaim Recovery LLC to Proof of Claim No 15-1 filed by MPT of Bucks County, L.P. [D.I. 143, Filed on November 27, 2019]

    Response Deadline:   January 9, 2020 at 4:00 p.m.

    Reponses Received and Related Motions:

    A. Chapter 7 Trustee's Limited Response to Healthclaim Recovery LLC's Objections to Proofs of Claim Nos. 15-1 and 16-2 and Motion for an Order to Stay Objections to Proofs of Claim [D.I. 167; Filed on January 9, 2020]

    B. Motion of MPT of Bucks County, L.P. to Continue Final Hearing on Objection of Healthclaim Recovery LLC to Proof of Claim No 15-1 filed by MPT of Bucks County, L.P. [D.I. 168; Filed on January 9, 2020]

    C. Healthclaim Recovery LLC's Omnibus Objection to Motions to Continue or Stay Objections to Proofs of Claim 15-1 and 16-2 [D.I. 173; Filed on January 30, 2020]

    D. Reply of Eva Lemah, Chapter 7 Trustee for Bucks County Oncoplastic Institute, LLC to Omnibus Objection of Healthclaim Recovery LLC to Motions to Continue or Stay

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's federal EIN are DSI Renal Holdings LLC (4512); DSI Facility Development LLC (4298); and DSI Hospitals, Inc. (2787).

[2] This hearing will be held before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor Courtroom 1, Wilmington, DE 19801. Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878 or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing. When making a request, parties must provide the case name and number, name of Judge, hearing date and time, name, address, phone number of participant, party whom participant represents, and matter on which participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode. See, http://www.deb.uscourts.gov/Chambers/telephonic_procedures.pdf).

*Amended* Agenda for Hearing on February 25, 2020 at 10:00 a.m. in Courtroom No. 3
The Honorable Karen B. Owens
Page 2

        Objection to Claims 15 and 16 [D.I. 174; Filed on February 13, 2020]

    E.    Reply in Support of Motion of MPT of Bucks County, L.P. to Continue Final Hearing on Objection of Healthclaim Recovery LLC to Proof of Claim No 15-1 filed by MPT of Bucks County, L.P. [D.I. 176; Filed on February 17, 2020]

    F.    Chapter 7 Trustee's Reply in Support of His Response to Healthclaim Recovery LLC's Objections to Proofs of Claim Nos. 15-1 and 16-2 and Motion for an Order to Stay Objections to Proofs of Claim [D.I. 177; Filed on February 19, 2020]

Related Documents:

    G.    Re-notice of Chapter 7 Trustee's motion for an Order to Stay Objections to Proofs of Claim [D.I. 172; Filed On January 14, 2020]

    H.    Stipulation to Extend Time to Reply [D.I. 175; Filed on February 14, 2020]

Status:    This matter will go forward.

2.    Objection of Healthclaim Recovery LLC to Proof of Claim 16-**2** Filed by Eva M. Lemah, Chapter 7 Trustee for Bucks County Oncoplastic Institute, LLC [D.I. 147, Filed on November 27, 2019]

    Response Deadline:    January 9, 2020 at 4:00 p.m.

    Reponses Received and Related Motions:

    A.    Chapter 7 Trustee's Limited Response to Healthclaim Recovery LLC's Objections to Proofs of Claim Nos. 15-1 and 16-2 and Motion for an Order to Stay Objections to Proofs of Claim [D.I. 167; Filed on January 9, 2020] *See Tab 1. A.*

    B.    Healthclaim Recovery LLC's Omnibus Objection to Motions to Continue or Stay Objections to Proofs of Claim 15-1 and 16-2 [D.I. 173; Filed on January 30, 2020] *See Tab 1. B.*

*Amended* Agenda for Hearing on February 25, 2020 at 10:00 a.m. in Courtroom No. 3
The Honorable Karen B. Owens
Page 2

        C.      Reply of Eva Lemah, Chapter 7 Trustee for Bucks County Oncoplastic Institute, LLC to Omnibus Objection of Healthclaim Recovery LLC to Motions to Continue or Stay Objection to Claims 15 and 16 [D.I. 174; Filed on February 13, 2020]  *See Tab 1. D.*

        D.      Reply in Support of Motion of MPT of Bucks County, L.P. to Continue Final Hearing on Objection of Healthclaim Recovery LLC to Proof of Claim No 15-1 filed by MPT of Bucks County, L.P. [D.I. 176; Filed on February 17, 2020] *See Tab 1. E.*

        E.      Chapter 7 Trustee's Reply in Support of His Response to Healthclaim Recovery LLC's Objections to Proofs of Claim Nos. 15-1 and 16-2 and Motion for an Order to Stay Objections to Proofs of Claim [D.I. 177; Filed on February 19, 2020]  *See Tab 1. F.*

Related Documents:

        F.      Re-notice of Chapter 7 Trustee's motion for an Order to Stay Objections to Proofs of Claim [D.I. 172; Filed On January 14, 2020]  *See Tab 1. G.*

        G.      Stipulation to Extend Time to Reply [D.I. 175; Filed on February 14, 2020]  *See Tab 1. H.*

**Additional Responses Received and Related Motions:**

        **H.**      **Motion of Eva Lemeh, Chapter 7 Trustee for Bucks County Oncoplastic Institute LLC, to Continue Claims Objection of Healthclaim Recovery LLC to Claim 16 [D.I. 169; Filed on January 9, 2020]**

        **I.**      **Healthclaim Recovery LLC's Objection to Eva M. Lemah's Second Amended Proof of Claim 16-3 [D.I. 179; Filed on February 19, 2020]**

        Status:      This matter will go forward.

*Signature on following page.*

*Amended* Agenda for Hearing on February 25, 2020 at 10:00 a.m. in Courtroom No. 3
The Honorable Karen B. Owens
Page 2

        Respectfully submitted,

        FOX ROTHSCHILD LLP

        By:   */s/ Seth A. Niederman*
            Seth A. Niederman, Esq. (No. 4588)
            919 North Market Street, Suite 300
            Wilmington, DE 19801-2323
            (302) 654-7444/Fax (302) 656-8920
            sniederman@foxrothschild.com

            -and-

            Michael G. Menkowitz, Esq.
            William H. Stassen, Esq.
            2000 Market Street, Twentieth Floor
            Philadelphia, PA 19103-3222
            (215) 299-2000/Fax (215) 299-2150
            mmenkowitz@foxrothschild.com
            wstassen@foxrothschild.com

        Attorneys for Alfred T. Giuliano, Chapter 7 Trustee
        for the estate of DSI Renal Holdings, LLC, *et al.*

Dated: February 2**4**, 2020