**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | CHAPTER 7 |
| DSI RENAL HOLDINGS LLC, *et al.* | : | CASE NO.  11-11722 (KBO) |
| | : | (Jointly Administered) |
| | : | Related D.I.  167, 168 & 169 |
| Debtors.[1] | : | **Hearing Date:  February 12, 2020 at 10:00 a.m.** |
| | : | **Objection Deadline:  February 5, 2020 at 4:00 p.m.** |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AN
ORDER TO STAY OBJECTIONS TO PROOFS OF CLAIM**

This matter having been presented to the Court by way of the motion for an order to stay objections to Proofs of Claim (the "Motion") filed by Alfred T. Giuliano (the "Trustee"), the Chapter 7 Trustee for the jointly administered estates of DSI Renal Holdings LLC, *et al.* (collectively, the "Debtors"); and the Court having determined that adequate notice of the Motion has been given pursuant to Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1; and the Court having read and considered all pleadings filed in support of the Motion and responses to the Motion, if any; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein:

It is hereby ORDERED that:

1.      The Motion be and is hereby GRANTED; and

2.      The filing of objections to proofs of claim in this case are hereby STAYED until further order from this Court.

---

[1]  The Debtors in these cases are: DSI Renal Holdings, LLC ("DSI Renal Holdings"), DSI Hospitals, Inc.; and, DSI Facility Developments, LLC.  As part of the DSI Restructuring described in detail *infra*, the Debtors' prior ultimate parent, DSI Holding Company, Inc. was merged into Debtor DSI Renal Holdings, with DSI Renal Holdings as the surviving parent.

**Dated: February 25th, 2020**                                **KAREN B. OWENS**
**Wilmington, Delaware**                                **UNITED STATES BANKRUPTCY JUDGE**