## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DSI RENAL HOLDINGS LLC, et al., | Case No. 11-11722 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF (I) CHANGE IN CONTACT INFORMATION AND FIRM AFFILIATION, AND (II) WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that MPT of Bucks County, L.P. (the "Company"), as a party in interest in the above-captioned case, gives notice of a change of contact information and firm affiliation as follows. Brett D. Fallon, Timothy Lupinacci and W. Patton Hahn will continue to represent the Company. Copies of all notices and pleadings filed in this case may continue to be served on Lupinacci and Hahn at their below address. Brett Fallon's new service address is as follows:

> Brett D. Fallon
> Faegre Drinker Biddle & Reath LLP
> 222 Delaware Avenue, Suite 1410
> Wilmington, DE 19801
> Telephone: (302) 467-4224
> Facsimile: (302) 467- 4201
> brett.fallon@faegredrinker.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Carl N. Kunz, III, Esq. and all other Morris James LLP attorneys hereby withdraw their appearances as counsel for MPT of Bucks County, L.P. in the above-captioned Chapter 7 case and adversary proceeding.

| | |
|---|---|
| Dated: October 14, 2020 | Dated: October 14, 2020 |
| **MORRIS JAMES LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| */s/ Carl N. Kunz, III* | |
| Carl N. Kunz, III (DE Bar No. 3201) | */s/ Brett D. Fallon* |
| 500 Delaware Avenue, Suite 1500 | Brett D. Fallon (DE Bar No. 2480) |
| P.O. Box 2306 | 222 Delaware Avenue, Suite 1410 |
| Wilmington, DE 19899-2306 | Wilmington, DE 19801 |
| Telephone: (302) 888-6888 | Telephone: (302) 467-4224 |
| Facsimile: (302) 571-1750 | Facsimile: (302) 467-4201 |
| E-mail: ckunz@morrisjames.com | brett.fallon@faegredrinker.com |
| E-mail: dcandeub@morrisjames.com | |
| | and |
| *Withdrawing Counsel for MPT of Bucks County, L.P.* | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** |
| | Timothy M. Lupinacci |
| | W. Patton Hahn |
| | 1400 Wells Fargo Tower |
| | 420 20th Street North |
| | Birmingham, AL 35203 |
| | Telephone: (205) 328-0480 |
| | Facsimile:  (205) 488-3766 |
| | E-mail:  tlupinacci@bakerdonelson.com |
| | E-mail:  phahn@bakerdonelson.com |
| | |
| | *Counsel for MPT of Bucks County, L.P.* |