# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DSI Renal Holdings LLC, *et al*.<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 11-11722 (KBO)<br><br>(Jointly Administered)[2] |
| ALFRED T. GIULIANO, as Chapter 7 Trustee for the Jointly Administered Chapter 7 Estates of Debtors DSI Renal Holdings LLC, *et al*.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCHNABEL, *et al*.,<br><br>Defendants. | Civil Action No. 14-cv-00471-RGA<br>and Adv. Proc. No. 14-50356-KBO<br><br><br><br>**Related to D.I. 201** |

**ORDER APPROVING TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO FED. R. BANKR. PRO. 9019 AUTHORIZING AND APPROVING SETTLEMENT AGREEMENT WITH DEFENDANTS IN THE ABOVE-CAPTIONED ADVERSARY PROCEEDING PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**AND NOW**, this 3rd day of May, 2021, upon consideration of the Trustee's Motion for an Order Pursuant to Fed. R. Bankr. Proc. 9019 Authorizing and Approving the Settlement Agreement entered into on April 8, 2021 by and among the Trustee on the one hand, and the Defendants in the above-captioned Adversary Proceeding pending in the United States

---

[1] The Debtors are DSI Renal Holdings, LLC, DSI Hospitals, Inc., and DSI Facility Development, LLC. As part of the DSI Restructuring (defined in the Settlement Agreement) challenged in the Adversary Proceeding, the Debtors' prior ultimate parent, DSI Holding Company, Inc., was merged into debtor, DSI Renal Holdings LLC, with DSI Renal Holdings LLC as the surviving parent.

[2] The Debtors' Chapter 7 bankruptcy cases are being jointly administered in the United States Bankruptcy Court for the District of Delaware at Case No. 11-11722 (KBO).

1

2

District Court for the District of Delaware on the other hand (the "<u>Motion</u>"),[3] and after notice and hearing it is hereby

**ORDERED:**

1. The Motion is **GRANTED** and the Settlement Agreement attached as Exhibit A to the Motion is **APPROVED**;

2. The Trustee and the other Parties to the Settlement Agreement are hereby authorized and directed to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Settlement Agreement; and

3. The Bankruptcy Court shall retain jurisdiction to enforce the Settlement Agreement.

*[signature: Ka B. O_____]*

**Dated: May 3rd, 2021**  **KAREN B. OWENS**
**Wilmington, Delaware**  **UNITED STATES BANKRUPTCY JUDGE**

---

[3] Capitalized terms shall have the same meaning ascribed in the Motion (and Settlement Agreement) unless otherwise defined herein.

121642523.v1