## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>DSI RENAL HOLDINGS, LLC, *et al.*,<br><br>                              Debtors. | Chapter 7<br><br>Case No. 11-11722 (KBO)<br><br>Jointly Administered<br><br>**Re: D.I. 143, 146, 179** |

## <u>NOTICE OF WITHDRAWAL</u>

PLEASE TAKE NOTICE that Healthclaim Recovery LLC hereby withdraws with prejudice (i) the *Objection of Healthclaim Recovery LLC to Proof of Claim No. 15-1, Filed By MPT of Bucks County, L.P.* (D.I. 143, Filed 11/27/19); (ii) the *Objection of Healthclaim Recovery LLC to Proof of Claim No. 16-2, Filed by Eva M. Lemeh, Chapter 7 Trustee for Bucks County Oncoplastic Institute, LLC* (D.I. 146, Filed 11/27/19); and (iii) *Healthclaim Recovery LLC's Objection to Eva M. Lemeh's Second Amended Proof of Claim 16-3* (D.I. 179, Filed 2/19/20).

Dated: June 21, 2021
       Wilmington, Delaware

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Matthew O. Talmo* | */s/ Jeremy W. Ryan* |
| Eric D. Schwartz (DE Bar No. 3134) | Jeremy W. Ryan (DE Bar No. 4057) |
| Andrew R. Remming (DE Bar No. 5120) | D. Ryan Slaugh (DE Bar No. 6325) |
| Matthew O. Talmo (DE Bar No. 6333) | 1313 North Market Street, Sixth Floor |
| 1201 North Market Street | Wilmington, DE 19899-0951 |
| P.O. Box 1347 | Telephone: (302) 984-6000 |
| Wilmington, DE 19889 | Email: jryan@potteranderson.com |
| Telephone: (302) 351-9308 |         rslaugh@potteranderson.com |
| Email: eschwartz@morrisnichols.com | |
|       aremming@morrisnichols.com | |
|       mtalmo@morrisnichols.com | |

MILBANK, LLP
Scott A. Edelman, *admitted pro hac vice*
Alexander B. Lees, *admitted pro hac vice*
Alexandra J. Paslawsky, *admitted pro hac vice*
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Email: sedelman@milbank.com
        alees@milbank.com
        apaslawsky@milbank.com

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
Steven M. Pesner, *admitted pro hac vice*
Jeffrey R. Wang, *admitted pro hac vice*
Stan Chiueh, *admitted pro hac vice*
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Email: spesner@fklaw.com
        jwang@fklaw.com
        schiueh@fklaw.com

SCHIFF HARDIN LLP
J. Mark Fisher, *admitted pro hac vice*
Jin Yan, *admitted pro hac vice*
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5500
Email: mfisher@schiffhardin.com
        jyan@schiffhardin.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Andrew Ehrlich, *admitted pro hac vice*
Gregory F. Laufer, *admitted pro hac vice*
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Email: aehrlich@paulweiss.com
        glaufer@paulweiss.com

BERLUTI McLAUGHLIN & KUTCHIN LLP
Edward D. Kutchin, *admitted pro hac vice*
Kerry R. Northup, *admitted pro hac vice*
44 School Street, 9th Floor
Boston, MA 02108
Telephone: (617) 557-3030
Email: ekutchin@bmklegal.com
        knorthup@bmklegal.com

*Counsel for Healthclaim Recovery LLC*